SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN PATRICK WORLEY,<br><br>Defendant. | No.  4:23-MJ-71006-MAG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK OF THE ABOVE-ENTITLED COURT:

The defendant AIDEN PATRICK WORLEY is calendared to appear before Magistrate Judge Donna M. Ryu on October 16, 2023, at 10:30 a.m., for status conference.  The discovery process, and thus Mr. Worley's investigation, has been delayed due to scheduling conflicts between government investigator Detective Kelly and Mr. Worley's investigator. Thus, the parties are requesting further time to allow Mr. Worley to complete his investigation and to allow for the parties to conduct negotiations concerning a possible settlement of the case.  Accordingly, the parties respectfully request that the status conference in this matter be continued to November 20, 2023.

- 1

1  Accordingly, it is hereby stipulated by and between the parties that the Status Conference
2  currently scheduled for October 16, 2023, at 10:30 a.m. be vacated and instead be heard on
3  November 20, 2023, at 10:30 a.m.
4  Furthermore, it is also stipulated that the period from October 16, 2023 to November 20,
5  2023, shall be excluded from the calculation of time in which the trial of the above captioned matter
6  must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). The parties
7  stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the
8  interests of justice are served by granting a continuance. It is also stipulated that this continuance
9  will allow the defendant reasonable time for effective preparation of the case and for continuity of
10 defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO STIPULATED.**

**DATED: October 4, 2023**        /s/
                                   **SETH P. CHAZIN**
                                   **Counsel for AIDAN PATRICK WORLEY**

**DATED:  October 4, 2023**       /s/
                                   **EVAN MATEER**
                                   **ASSISTANT UNITED STATES ATTORNEY**

SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN PATRICK WORLEY,<br><br>Defendant. | No.  4:23-MJ-71006-MAG<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

 Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference currently scheduled for October 16, 2023, is vacated and shall instead be heard on November 20, 2023, at 10:30 a.m.

 It is further ordered that the period from October 16, 2023, to November 20, 2023, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). This time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance and because this continuance will allow the defendant reasonable

time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

**DATED:** October 5, 2023

_____
**CHIEF MAGISTRATE JUDGE DONNA M. RYU**