SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-mj-71006-MAG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER (AS MODIFIED) DENYING PERMISSION TO TRAVEL |
| AIDAN PATRICK WORLEY, | |
| Defendant. | |

TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK OF THE ABOVE-ENTITLED COURT:

The defendant AIDAN PATRICK WORLEY, by and through his counsel SETH P. CHAZIN, and the United States, by and through Assistant United States Attorney EVAN MATEER, hereby stipulate and so request an order permitting the defendant to travel from Phoenix, Arizona to San Francisco, California on November 19, 2023, and returning back to Phoenix, Arizona on November 21, 2023, and also to travel from Phoenix, Arizona to San Francisco, California on December 23, 2023, and returning to Phoenix, Arizona on December 27, 2023, to spend both Thanksgiving and Christmas holiday-time with his family.

As a reminder to the court, while Mr. Worley is originally from the Bay Area (where his family still resides), he graduated from Grand Canyon University in Phoenix, Arizona in April 2023, and stayed in Phoenix after college after receiving offer for a good-paying job with the marketing firm Postscript. While United States Pretrial Services has a general policy to not support travel for individuals who are subject to electronic monitoring and thus oppose the instant request for order, both the defendant and the government stipulate to this request for an order for travel based on the recognition of Mr. Worley's history of having been out-of-custody on his own recognizance for almost a year when this matter was first charged in state court with no violations whatsoever, as well as the fact that he has continued his complete cooperation and spotless record of supervision once the charges were dismissed in state court and filed in federal court.

Accordingly, the parties respectfully request that the court grant the instant request for an order permitting travel during the two holiday time periods specified herein.

**IT IS SO STIPULATED.**

**Dated:  November 15, 2023**         /s/
                                      **SETH P. CHAZIN**
                                      **Attorney for Defendant**
                                      **AIDAN PATRICK WORLEY**

**Dated:  November 15, 2023**         /s/
                                      **EVAN MATEER**
                                      **ASSISTANT UNITED STATES ATTORNEY**

SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Attorneys for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 4:23-MJ-71006-MAG |
| Plaintiff, | ORDER (AS MODIFIED) DENYING PERMISSION TO TRAVEL |
| vs. | |
| AIDAN PATRICK WORLEY, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Defendant's request to travel in November is denied because it was made without adequate time for Pretrial Services to investigate and provide guidance to the court regarding conditions to mitigate the risks presented by Defendant while traveling out of district travel on location monitoring. The Defendant's request to travel in December is denied without prejudice to making a new request with enough time for Pretrial Services to investigate and make a recommendation to the court.

IT IS SO ORDERED AS MODIFIED.

DATED: November 17, 2023

_____
DONNA M. RYU, CHIEF MAGISTRATE JUDGE

- 3 -