1  SETH P. CHAZIN, SBN 133777
   Attorney at Law
2  LAW OFFICES OF SETH P. CHAZIN
   1164 SOLANO AVENUE
3  ALBANY CA 94706
   Telephone: (510) 507-8100
4  Facsimile: (510) 858-7135
   Email: sethpchazin@gmail.com
5
   Counsel for Defendant:
6  AIDAN PATRICK WORLEY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA,        | No. 4:23-MJ-71006-MAG
13 |          Plaintiff,              | AMENDED STIPULATION AND
   |                                  | ORDER TO CONTINUE STATUS
14 |     v.                           | CONFERENCE
15 | AIDAN PATRICK WORLEY,            |
   |          Defendant.              |
16

17
   TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK
18 OF THE ABOVE-ENTITLED COURT:

19
        The defendant AIDEN PATRICK WORLEY is calendared to appear before Magistrate
20
   Judge Donna M. Ryu on January 22, 2024, at 10:30 a.m., for status conference. Counsel request
21
   additional time in order to complete the discovery process and to allow Mr. Worley to complete
22
   his investigation, which includes both the review of the initial voluminous discovery as well as
23
   his mitigation investigation. Accordingly, the parties respectfully request that the status conference
24
   in this matter be continued to April 3, 2024.
25

26

                                      - 1 -

Accordingly, it is hereby stipulated by and between the parties that the Status Conference currently scheduled for January 22, 2024, at 10:30 a.m. be vacated and instead April 3, 2024, at 10:30 a.m.

Furthermore, it is also stipulated that the period from January 22, 2024 to April 3, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). Additionally, pursuant to FRCP Rule 5.1 the defendant waives his right to a speedy preliminary hearing and arraignment. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance. It is also stipulated that this continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO STIPULATED.**

**DATED: January 18, 2024**          /s/
                                      **SETH P. CHAZIN**
                                      **Counsel for AIDAN PATRICK WORLEY**

**DATED: January 18, 2024**          /s/
                                      **EVAN MATEER**
                                      **ASSISTANT UNITED STATES ATTORNEY**

|   |   |
|---|---|
| 1 | SETH P. CHAZIN, SBN 133777 |
|   | Attorney at Law |
| 2 | LAW OFFICES OF SETH P. CHAZIN |
|   | 1164 SOLANO AVENUE |
| 3 | ALBANY CA 94706 |
|   | Telephone: (510) 507-8100 |
| 4 | Facsimile: (510) 858-7135 |
|   | Email: sethpchazin@gmail.com |
| 5 |   |
|   | Counsel for Defendant: |
| 6 | AIDAN PATRICK WORLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. 4:23-MJ-71006-MAG |
|---|---|
| Plaintiff, | ORDER GRANTING AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. |   |
| AIDAN PATRICK WORLEY, |   |
| Defendant. |   |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference currently scheduled for January 22, 2024, is vacated and shall instead be heard on April 3, 2024, at 10:30 a.m.

It is further ordered that the period from January 22, 2024, to April 3, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). It is also ordered that the time in which a preliminary hearing and arraignment must be held pursuant to FRCP Rule 5.1 is waived. This time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance and because this

continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

**DATED:** January 19, 2024

_____
**HONORABLE DONNA M. RYU**
**CHIEF MAGISTRATE JUDGE**