1  SETH P. CHAZIN, SBN 133777
   Attorney at Law
2  LAW OFFICES OF SETH P. CHAZIN
   1164 SOLANO AVENUE
3  ALBANY CA 94706
   Telephone: (510) 507-8100
4  Facsimile: (510) 858-7135
   Email: sethpchazin@gmail.com
5
   Counsel for Defendant:
6  AIDAN PATRICK WORLEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA,        | No. 4:23-MJ-71006-MAG
13 |        Plaintiff,                | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
14 |    v.                            |
15 | AIDAN PATRICK WORLEY,            |
16 |        Defendant.                |

17 TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK
18 OF THE ABOVE-ENTITLED COURT:

19
20     The defendant AIDEN PATRICK WORLEY is calendared to appear before Magistrate
21 Judge Kandis A. Westmore on April 3, 2024, at 10:30 a.m., for status conference. The government
22 and Mr. Worley request additional time in order to complete the discovery process, to allow Mr.
23 Worley to complete his investigation, and to allow the parties further time to negotiate a potential
24 pre-indictment disposition of this matter. Thus, the parties respectfully request that the status
25 conference in this matter be continued to May 23, 2024. The parties expect to meet and confer
   regarding a possible resolution of the case prior to this date.
26

- 1

1   Accordingly, it is hereby stipulated by and between the parties, and thus the parties request,
2   that the Status Conference currently scheduled for April 3, 2024, at 10:30 a.m. be vacated, and
3   instead be continued to May 23, 2024, at 10:30 a.m.
4   Furthermore, it is also stipulated that the period from April 3, 2024 to May 23, 2024, shall
5   be excluded from the calculation of time in which the trial of the above captioned matter must
6   commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). Additionally, pursuant
7   to FRCP Rule 5.1, the defendant waives his right to a speedy preliminary hearing and arraignment.
8   The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act
9   and FRCP Rule 5.1 because the interests of justice are served by granting a continuance. It is also
10  stipulated that this continuance will allow the defendant reasonable time for effective preparation of
11  the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
12  (B)(iv).

**IT IS SO STIPULATED.**

**DATED: March 27, 2024**          /s/
                                    **SETH P. CHAZIN**
                                    **Counsel for AIDAN PATRICK WORLEY**

**DATED: March 27, 2024**          /s/
                                    **EVAN MATEER**
                                    **ASSISTANT UNITED STATES ATTORNEY**

SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN PATRICK WORLEY,<br><br>Defendant. | No. 4:23-MJ-71006-MAG<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference currently scheduled for April 3, 2024, is vacated and shall instead be heard on May 23, 2024, at 10:30 a.m.

It is further ordered that the period from April 3, 2024, to May 23, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). It is also ordered that the time in which a preliminary hearing and arraignment must be held pursuant to FRCP Rule 5.1 is waived. This time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance and because this continuance

1  will allow the defendant reasonable time for effective preparation of the case and for continuity of
2  defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

 DATED:  March 28, 2024

_____
**HONORABLE DONNA M. RYU**
**Chief Magistrate Judge**