SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AIDAN PATRICK WORLEY,<br><br>    Defendant. | No.  4:23-MJ-71006-MAG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK OF THE ABOVE-ENTITLED COURT:

   The defendant AIDEN PATRICK WORLEY is calendared to appear before Magistrate Judge Donna M. Ryu on May 23, 2024, at 10:30 a.m., for status conference. The government and Mr. Worley request additional time in order to allow Mr. Worley to complete his investigation, and to allow the parties further time to negotiate a potential pre-indictment disposition of this matter. Thus, the parties respectfully request that the status conference in this matter be continued to June 12, 2024. The parties expect to meet and confer regarding a possible resolution of the case prior to this date.

- 1

Accordingly, it is hereby stipulated by and between the parties, and thus the parties request, that the Status Conference currently scheduled for May 23, 2024, at 10:30 a.m. be vacated, and instead be continued to June 12, 2024, at 10:30 a.m.

Furthermore, it is also stipulated that the period from May 23, 2024 to June 12, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). Additionally, pursuant to FRCP Rule 5.1, the defendant waives his right to a speedy preliminary hearing and arraignment. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance. It is also stipulated that this continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO STIPULATED.**

**DATED: May 20, 2024**              /s/
                                     **SETH P. CHAZIN**
                                     **Counsel for AIDAN PATRICK WORLEY**


**DATED: May 20, 2024**              /s/
                                     **EVAN MATEER**
                                     **ASSISTANT UNITED STATES ATTORNEY**

SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Counsel for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN PATRICK WORLEY,<br><br>Defendant. | No. 4:23-MJ-71006-MAG<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

    Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference currently scheduled for May 23, 2024, is vacated and shall instead be heard on June 12, 2024, at 10:30 a.m.

    It is further ordered that the period from May 23, 2024, to June 12, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). It is also ordered that the time in which a preliminary hearing and arraignment must be held pursuant to FRCP Rule 5.1 is waived. This time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance and because this continuance

- 3 -

will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

 **DATED:**  May 20, 2024

_____
**HONORABLE MAGISTRATE JUDGE DONNA M. RYU**

- 4 -