1  SETH P. CHAZIN, SBN 133777
   Attorney at Law
2  LAW OFFICES OF SETH P. CHAZIN
   1164 SOLANO AVENUE
3  ALBANY CA 94706
   Telephone: (510) 507-8100
4  Facsimile: (510) 858-7135
   Email: sethpchazin@gmail.com
5
   Counsel for Defendant:
6  AIDAN PATRICK WORLEY

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11

12  UNITED STATES OF AMERICA,        )  No. 4:23-MJ-71006-MAG
                                     )
13           Plaintiff,               )
                                     )  STIPULATION AND ORDER FOR
14       vs.                          )  PERMISSION TO TRAVEL
                                     )
15  AIDAN PATRICK WORLEY,            )
                                     )
16           Defendant.               )
                                     )
17

18  TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU AND THE CLERK OF
    THE ABOVE-ENTITLED COURT:
19

20       The defendant AIDAN PATRICK WORLEY, by and through his counsel SETH P.

21  CHAZIN, and the United States, by and through Assistant United States Attorney ANDREW

22  PAULSON, hereby stipulate and so request an order permitting the defendant to travel from

23  Phoenix, Arizona to Livermore, California on November 27, 2024, and returning back to Phoenix,

24  Arizona on November 29, 2024, and also to travel from Phoenix, Arizona to Livermore, California

25  on December 23, 2024, and returning to Phoenix, Arizona on December 27, 2024, to spend both the

26  Thanksgiving and Christmas holidays, respectively, with his family.

- 1

As a reminder to the court, while Mr. Worley is originally from the Bay Area (where his family still resides), he graduated from Grand Canyon University in Phoenix, Arizona in April 2023, and remained in Phoenix after college after securing a good-paying job with the marketing firm Postscript. While United States Pretrial Services has a general policy to not support travel for individuals who are subject to electronic monitoring and thus oppose the instant request, both the defendant and the government stipulate to this request for an order for travel based on the recognition of Mr. Worley's history of having been released from custody with no violations since the inception of this case. It is also important to note for the court that Mr. Worley was granted permission to travel for the Christmas holiday last year and he traveled to Livermore and returned to Phoenix without incident.

Accordingly, the parties respectfully request that the court grant the instant request for an order permitting travel during the two holiday time periods specified herein.

**IT IS SO STIPULATED.**

Dated:  October 23, 2023               /s/
                                        **SETH P. CHAZIN**
                                        **Attorney for Defendant**
                                        **AIDAN PATRICK WORLEY**

Dated:  October 23, 2023               /s/
                                        **ANDREW PAULSON**
                                        **ASSISTANT UNITED STATES ATTORNEY**

SETH P. CHAZIN, SBN 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 858-7135
Email: sethpchazin@gmail.com

Attorneys for Defendant:
AIDAN PATRICK WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 4:23-MJ-71006-MAG |
| Plaintiff, | ORDER FOR PERMISSION TO TRAVEL |
| vs. | |
| AIDAN PATRICK WORLEY, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant, AIDAN PATRICK WORLEY, may travel to Livermore, California on November 27, 2024, and return to Phoenix, Arizona on November 29, 2024, and travel to Livermore, California on December 23, 2024, and return to Phoenix, Arizona on December 27, 2024.

**IT IS SO ORDERED.**

DATED:   October 25, 2024

_____
**CHIEF MAGISTRATE JUDGE DONNA M. RYU**

- 3