| | |
|---|---|
| 1 | SETH P. CHAZIN, SBN 133777 |
| | Attorney at Law |
| 2 | LAW OFFICES OF SETH P. CHAZIN |
| | 1164 SOLANO AVENUE |
| 3 | ALBANY CA 94706 |
| | Telephone: (510) 507-8100 |
| 4 | Facsimile: (510) 858-7135 |
| | Email: sethpchazin@gmail.com |
| 5 | |
| | Counsel for Defendant: |
| 6 | AIDAN PATRICK WORLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-MJ-71006-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| AIDAN PATRICK WORLEY, | |
| Defendant. | |

TO THE HONORABLE MAGISTRATE JUDGE DONNA M. RUY AND THE CLERK OF THE ABOVE-ENTITLED COURT:

The defendant AIDEN PATRICK WORLEY is calendared to appear before Magistrate Judge Thomas H. Hixson on November 19, 2024, at 10:30 a.m., for status conference. The government and Mr. Worley request additional time in order to allow the defense to further review the discovery and to allow the parties further time to negotiate a potential pre-indictment disposition of this matter. Thus, the parties respectfully request that the status conference in this matter be continued to December 18, 2024.

- 1

1   Accordingly, it is hereby stipulated by and between the parties, and thus the parties request,
2   that the Status Conference currently scheduled for November 19, 2024, at 10:30 a.m. be vacated,
3   and instead be continued to December 18, 2024, at 10:30 a.m.
4   Furthermore, it is also stipulated that the period from November 19, 2024 to December 18,
5   2024, shall be excluded from the calculation of time in which the trial of the above captioned matter
6   must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). Additionally,
7   pursuant to FRCP Rule 5.1, the defendant waives his right to a speedy preliminary hearing and
8   arraignment. The parties stipulate that the time is excludable from the time limitations of the Speedy
9   Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance. It
10  is also stipulated that this continuance will allow the defendant reasonable time for effective
11  preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections
12  3161(h)(8)(A) and (B)(iv).

14  **IT IS SO STIPULATED.**

16  **DATED: November 14, 2024**           /s/
                                            **SETH P. CHAZIN**
17                                          **Counsel for AIDAN PATRICK WORLEY**

19  **DATED: November 14, 2024**           /s/
                                            **EVAN MATEER**
20                                          **ASSISTANT UNITED STATES ATTORNEY**

```
 1  SETH P. CHAZIN, SBN 133777
    Attorney at Law
 2  LAW OFFICES OF SETH P. CHAZIN
    1164 SOLANO AVENUE
 3  ALBANY CA 94706
    Telephone: (510) 507-8100
 4  Facsimile: (510) 858-7135
    Email: sethpchazin@gmail.com
 5
    Counsel for Defendant:
 6  AIDAN PATRICK WORLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. 4:23-MJ-71006-MAG |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| AIDAN PATRICK WORLEY, | |
| Defendant. | |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference currently scheduled for November 19, 2024, is vacated and shall instead be heard on December 18, 2024, at 10:30 a.m.

It is further ordered that the period from November 19, 2024, to December 18, 2024, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). It is also ordered that the time in which a preliminary hearing and arraignment must be held pursuant to FRCP Rule 5.1 is waived. This time is excludable from the time limitations of the Speedy Trial Act and FRCP Rule 5.1 because the interests of justice are served by granting a continuance and because this

continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

**DATED:** November 15, 2024

_____
**HONORABLE DONNA M. RYU**
**CHIEF MAGISTRATE JUDGE**

- 4 -